# SUPREME COURT OF HAWAI'I

| | | | |
|---|---|---|---|
| Krog v. Koahou | SCWC–12–0000315 | 02/28/2014 | Vacated and Remanded |
| State v. Dela Cruz | SCWC–11–0000367 | 02/27/2014 | Affirmed |
| State v. Johnson | SCWC–11–0001015 | 02/10/2014 | Vacated and Remanded |
| State v. Salas | SCWC–10–0000123 | 02/12/2014 | Vacated and Remanded |
| State v. Stone | SCWC–30059 | 02/28/2014 | Affirmed |